

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00434-CV

**IN THE INTEREST OF S.L.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 04-0152-CV
Honorable Gary L. Steel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Sally Leeson.

SIGNED September 9, 2015.

_____
Patricia O. Alvarez, Justice